IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00988-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 50.134.197.139,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2013.**

    Pending before the Court are Defendant Doe's Motion for Leave to Proceed Anonymously [filed June 12, 2013; docket #13], Motion for Protective Order [filed June 12, 2013; docket #14], and Motion to Quash [filed June 12, 2013; docket #15]. The Motions are **denied without prejudice** for the following reasons.

    First, the pending Motions fail to comply with Fed. R. Civ. P. 11(a), which states in pertinent part,

> Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.

Although the Court acknowledges Defendant's request to proceed anonymously, he must still provide to the Court his name, address, telephone number and email address in accordance with Rule 11(a) and D.C. Colo. LCivR 10.1K.[1] If Defendant wishes to keep his identifying information confidential, Defendant may file his Signature Block separately, and may request that the document be maintained under seal at Restriction Level 2 pursuant to the procedure set forth in D.C. Colo. LCivR 7.2.

    Additionally, Defendant's Motion to Quash and Motion for Protective Order violate Section II.E1 of Judge Daniel's Practice Standards. The Court may strike any motion or other filing that

---

[1] In addition to compliance with Rule 11 and Local Rule 10.1k, the Court also notes the necessity of having such information for the proper and efficient management of its docket.

deviates from the requirements of this order or from those set forth in the applicable local or federal rules.